CAUSE NO. [*CL-22-0523-F*]

| | | |
|---|---|---|
| **ARTURO CRUZ** <br> **Plaintiff,** | § § § | **IN THE COUNTY COURT** |
| **V.** | § § | **AT LAW NO. [\*_____\*]** |
| **T-MOBILE USA, INC** <br> **Defendant.** | § § § | **OF HIDALGO COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Arturo Cruz, hereinafter called Plaintiff, complaining of and about T-MOBILE USA, INC, hereinafter called Defendant, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.  Plaintiff affirmatively pleads that he seeks only monetary relief aggregating $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs, and intends that discovery be conducted under Discovery Level 1.

### PARTIES AND SERVICE

2.  Plaintiff, Arturo Cruz, is an Individual who resides in Hidalgo County, Texas. The last three numbers of Arturo Cruz's driver's license number are 257. The last three numbers of Arturo Cruz's social security number are 784.

3.  Defendant T-MOBILE USA, INC, a Nonresident Corporation, may be served pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code by serving the registered agent of the corporation, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218, its registered office. Service of said Defendant as described above can be effected by certified mail,

**EXHIBIT C**

Page **1** of 7

Case 7:22-cv-00090   Document 1-3   Filed on 03/22/22 in TXSD   Page 2 of 7

Electronically Submitted
2/22/2022 12:00 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CL-22-0523-F

return receipt requested.

## JURISDICTION AND VENUE

4. The subject matter in controversy is within the jurisdictional limits of this court.

5. Plaintiff seeks:

   a. only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

6. This court has jurisdiction over Defendant T-MOBILE USA, INC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over T-MOBILE USA, INC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

7. Plaintiff would show that Defendant T-MOBILE USA, INC had continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendant.

8. Furthermore, Plaintiff would show that Defendant T-MOBILE USA, INC engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant contracted with a Texas resident and performance of the agreement in whole or in part thereof was to occur in Texas and recruits or has recruited Texas residents for employment inside or outside this state.

9. Venue in Hidalgo County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

Case 7:22-cv-00090   Document 1-3   Filed on 03/22/22 in TXSD   Page 3 of 7

Electronically Submitted
2/22/2022 12:00 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CL-22-0523-F

## NATURE OF ACTION

10. This is an action under Chapter 21 of the Texas Labor Code, Section 21.001 et. seq. Texas Labor Code, as amended, to correct unlawful employment practices on the basis of color and national origin.

## CONDITIONS PRECEDENT

11. More than 180 days prior to the institution of this lawsuit, Plaintiff filed a charge with the Texas Workforce Commission, Civil Rights Division, alleging violations of Chapter 21 Employment Discrimination of the Texas Labor Code. A notice of the right to file a civil action has been issued by the Texas Workforce Commission, Civil Rights Division. All conditions precedent to the institution of this lawsuit have been fulfilled. This suit is filed within 60 days after the date a notice of the right to file a civil action was received by Plaintiff and is brought within two years of the date the complaint relating to the action was filed.

## FACTS

12. Plaintiff, Arturo Cruz, was employed by Defendant, T-Mobile USA, Inc. on or about June 23, 2003 earning $12.00 per hour as a Senior Representative, at the 3711 San Gabriel Rd., Mission, Texas, location.

13. The Defendant, T-Mobile USA, Inc., is an employer engaged in an industry affecting commerce who has at least fifteen or more employees.

14. At all times relevant to this law suit Defendant T-Mobile USA, Inc. was well aware of Plaintiff's race and or national origin as Plaintiff disclosed this information at the time of hiring.

15. On or about January 2020, Mr. Cruz accepted a promotion to Senior Manager.

16. On February 10-14, 2020, Plaintiff attended a series of events hosted by

Case 7:22-cv-00090 Document 1-3 Filed on 03/22/22 in TXSD Page 4 of 7

Electronically Submitted
2/22/2022 12:00 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CL-22-0523-F

Defendant, known as the new team's annual meetings in Las Vegas.

17. On February 16, 2020, Plaintiff was called into a meeting by LaDawn Beardsley, Director, to which two Human Resource (HR) ladies attended. Plaintiff was told he was being accused of misconduct behavior on the February 13, 2020 event, and was interviewed.

18. A week later Plaintiff was called into a meeting and informed of his termination by HR for showing no remorse during the interview.

19. Plaintiff has witnessed other white/Caucasian employees accused of misconduct and or harassment behavior be given multiple opportunities by Defendant throughout the course of months to fix their behavior.

20. Defendant, T-Mobile USA, Inc., had no legitimate reason for taking adverse action against Mr. Cruz. Plaintiff had no history of misconduct behavior throughout the course of his employment.

## COLOR AND NATIONAL ORIGIN DISCRIMINATION

21. Defendant, T-MOBILE USA, INC, intentionally engaged in unlawful employment practices involving Plaintiff because of his color and national origin.

22. Defendant, T-MOBILE USA, INC, discriminated against Plaintiff in connection with the compensation, terms, conditions and privileges of employment or limited, segregated or classified Plaintiff in a manner that would deprive or tend to deprive him of any employment opportunity or adversely affect his status because of Plaintiff's color and national origin in violation of the Texas Labor Code.

23. Defendant, T-MOBILE USA, INC, classified Plaintiff in a manner that deprived him of an equal employment opportunity that was provided to other non-Hispanic employees similarly situated in violation of the Texas Labor Code.

Case 7:22-cv-00090   Document 1-3   Filed on 03/22/22 in TXSD   Page 5 of 7

Electronically Submitted
2/22/2022 12:00 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-22-0523-F**

24.   Plaintiff alleges that Defendant, T-MOBILE USA, INC, discriminated against Plaintiff on the basis of color and national origin with malice or with reckless indifference to the state-protected rights of Plaintiff.

## DAMAGES

25.   Plaintiff sustained the following damages as a result of the actions and/or omissions of Defendant described hereinabove:

    a.    Actual damages;

    b.    All reasonable and necessary Attorney's fees incurred by or on behalf of Plaintiff, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just as provided by the Texas Labor Code section 21.259.  All conditions precedent have been performed or have occurred;

    c.    Back pay from the date that Plaintiff was denied equal pay for equal work and interest on the back pay in an amount to compensate Plaintiff as the Court deems equitable and just as provided by the Texas Labor Code section 21.258;

    d.    All reasonable and necessary costs incurred in pursuit of this suit;

    e.    Emotional pain;

    f.    Expert fees as the Court deems appropriate;

    g.    Front pay in an amount the Court deems equitable and just to make Plaintiff whole;

    h.    Inconvenience;

    i.    Pre and Post judgment interest;

    j.    Loss of enjoyment of life;

    k.    Mental anguish in the past;

    l.    Mental anguish in the future;

    m.    Reasonable medical care and expenses in the past.  These expenses were

Case 7:22-cv-00090   Document 1-3   Filed on 03/22/22 in TXSD   Page 6 of 7

Electronically Submitted
2/22/2022 12:00 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CL-22-0523-F

   incurred by Plaintiff and such charges are reasonable and were usual and customary charges for such services in Hidalgo County, Texas;

  n. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

  o. Loss of earnings in the past;

  p. Loss of earning capacity which will, in all probability, be incurred in the future;

  q. Property damage in the amount of $0; and

  r. Loss of benefits.

## EXEMPLARY DAMAGES

26. Plaintiff would further show that the acts and omissions of Defendant complained of herein were committed with malice or reckless indifference to the state-protected rights of the Plaintiff. In order to punish said Defendant for engaging in unlawful business practices and to deter such actions and/or omissions in the future, Plaintiff also seeks recovery from Defendant for exemplary damages as provided by Section 21.2585 of the Texas Labor Code.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Arturo Cruz, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, and as allowed by Section 21.2585 of the Texas Labor Code, together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

**CL-22-0523-F**

Respectfully submitted,

THE VARGAS LAW OFFICE

324 W. University Drive
EDINBURG, TX 78539
Tel. (956) 287-3743
Fax. (956) 365-9771
Email:  thevargaslawoffice@gmail.com

By: _____
    Daniel E. Vargas
    Texas Bar No. 24072403
    Attorney for Plaintiff
    Arturo Cruz

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**